IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHJEFLO, John M. ) | Case No. 03-07454-M |
| and ) | (Chapter 13) |
| SHJEFLO, Patricia Louise ) | |
| ) | |
| Debtor(s). ) | |

## MOTION TO SEVER CASE

COMES NOW, Patricia Louise Shjeflo, Spouse Debtor, and Spouse Debtor only, by and through her attorney, Richard Chapman of Richard A. Chapman, P.C., and respectfully requests the Court to sever her case in order to allow her to then convert her portion of the case to a case under chapter 7. In support of this motion, Spouse Debtor would state the following.

1. Debtor and Spouse Debtor voluntarily commenced this case together under chapter 13 of the Bankruptcy Code on December 20, 2003.

2. At the time the case was filed, the Debtor and Spouse Debtor were separated, and the debtors' Schedule I and J originally filed with their case reflect so.

3. Since the filing of the bankruptcy–on March 29, 2007–Spouse Debtor has filed for divorce in Creek County District Court, that being Case No. FD-2007-00094, and styled: Patricia Shjeflo (Petitioner) v. John Michael Shjeflo (Respondent). As such, Spouse Debtor wants to commence a new life separate from past life with the Debtor, and thus, wishes to sever *her* case from the Debtor's.

4. The chapter 13 plan payments are paid via a wage deduction order through the ***Debtor's*** employer. Thus, the severing of the case will not otherwise affect ***this*** underlying case.

5.      The $235.00 filing fee in order to severe has been paid.

6.      As a chapter 13 debtor has the absolute right to voluntarily dismiss a chapter 13 case, and, if otherwise eligible, convert to a chapter 7 under the bankruptcy laws without having to give notice of opportunity for hearing to her creditors and other partie-in-interest, the undersigned believes that the Court can rule on this motion on an *ex parte* basis without having to give Spouse Debtor's creditors or other parties-in-interest notice of opportunity for hearing.

WHEREFORE, Spouse Debtor prays that the Court enter an Order Severing Her Case from the above-styled and numbered case, so that she may commence her new life separate from the Debtor, and for any other relief the Court deems just and equitable.

Dated: December 27, 2007.

                         Respectfully submitted,

                         **RICHARD A. CHAPMAN, P.C.**

By:    s/ Richard Chapman
      Richard A. Chapman, OBA # 17849
      1612 South Cincinnati Ave., Suite 210
      Tulsa, OK 74119-4418
      Ph.  (918) 392-5170
      Fax (918) 592-0842
      *Email*: rchapman@tulsacoxmail.com

      ***Attorney for Debtor(s)***